**jackson|lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Tel 914 328-0404
Fax 914 328-1882
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | GREENVILLE, SC | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| BALTIMORE, MD | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| BIRMINGHAM, AL | HOUSTON, TX | OMAHA, NE | SACRAMENTO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | MIAMI, FL | PORTLAND, OR | WHITE PLAINS, NY |

September 28, 2010

**VIA ECF**

Magistrate Judge Roanne L. Mann
United states Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 12201

Re:   Klechevsky v. Yeshivah of Flatbush Joel Braverman High School, Joel Littman, David Schwartz, Dennis Eisenberg, Ronald Levy, Eli Kohn, Jill Sanders, and Raymond Harari

Dear Judge Mann:

The Parties are in receipt of your Order setting the new conference date for October 7, 2010 in this matter. The Parties have conferred regarding potential settlement in anticipation of the conference.

Defendants are also seeking application from the Court to permit additional discovery in this matter to include the deposition of the Plaintiff. Plaintiff's counsel has also stated in email correspondence that, if the application is granted, she can conduct the Defendants' depositions in one day. The Parties understand that discovery was to be completed by September 3, 2010. Written discovery has been exchanged. Depositions were going to be scheduled end of August 2010. Defendants served their document responses the end of August. Pursuant to email from Plaintiff's counsel, she was engaged in a trial toward the end of August, and the Parties did not conduct the depositions. It is hereby requested by Defendants that, in the event that the matter does not get resolved at the conference on October 7, 2010, that the Parties be given a short timeframe, through October 22, 2010 to complete depositions, which should be completed in two days.

There was one prior application for an extension of discovery in this matter. The Court's patience in this matter is appreciated and we can address the application at the settlement conference on October 7. If you have any questions, please call me.

Very truly yours,

JACKSON LEWIS LLP

Greg Riolo

cc:   Tammy M. Harris, Esq.